**Order entered November 20, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01227-CV

### GREG GUTMAN, Appellant

### V.

### RICHARD WAYNE WELLS AND REAL ESTATE ARBITRAGE PARTNERS, LLC, Appellees

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-06158**

## ORDER

Before the Court is appellant's November 19, 2018 motion requesting an extension of time to file an amended brief. We **GRANT** the motion and **ORDER** the brief be filed no later than November 29, 2018.

We note the motion does not contain a certificate of conference as required by Texas Rule of Appellate Procedure 10.1. We caution appellant that further motions must contain the certificate.

/s/     DAVID EVANS
          JUSTICE